IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————
　　　　　　　　　　　　　　　　　　　　　　　)
JOHN DOE 1, JANE DOE 1, MINOR CHILD 1　　)
JANE DOE 2 and MINOR CHILD 2,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　　　)　　Civil Case No. 18-cv-00006 (TSC)
　　　　　　　　　　　　　　　　　　　　　　　)
MANUEL GARCIA FERNANDEZ,　　　　　　　)
LATIN AMERICAN MONTESSORI　　　　　　)
BILINGUAL PUBLIC CHARTER SCHOOL,　　)
DIANE COTTMAN, and CRISTINA ENCINAS,　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　　)
———————————————————————)

## SUPPLEMENTAL SETTLEMENT AGREEMENT AS TO MINOR CHILD 1

On or around January 15 through 18, 2019, the parties entered into a Settlement Agreement

as to Minor Child 1.  Under its terms, the parties agreed:  "The terms of this Settlement Agreement

are Confidential and will not be disclosed, except as set forth in the Release of All Claims."  Under

the terms of the Release of All Claims, the parties agreed:

> It is expressly agreed and understood as a material condition of this agreement that
> the terms of this agreement shall be maintained in confidence by each of the parties,
> and their respective attorneys, and shall not be disclosed by any party, or their
> respective attorneys, to any other person, except (a) as may be necessary to enforce
> the terms and conditions of this agreement in the event of a breach of this agreement
> by any party hereto; (b) to any person who has issued a subpoena or obtained a
> court order directing the production of the terms of this agreement, provided that
> the party receiving such subpoena or court order provides prior written notice to the
> other party of the subpoena or court order, so that a motion to quash can be filed if
> necessary; (c) JWM Settlements, as necessary, for the preparation of documents
> related to this settlement; (d) Noah S. A. Schwartz at Ringler as necessary for the
> preparation or documents related to this settlement; and/or (e) as otherwise required
> by law.

The Court ordered the parties to address their contentions that the Joint Status Report, the

existence of the settlement and the contents of the settlement agreement should be sealed.

**EXHIBIT 1**

The parties now recognize that it is unlikely that the existence of the settlement and the contents of the settlement will be sealed in their entirety.  The parties further recognize that the identities of John Doe 1, Jane Doe 1, and Minor Child 1, and the amounts received by Minor Child 1 to resolve Minor Child 1's claims should be protected.  Given this, the Settlement Agreement as to Minor Child 1, the Release of All Claims as to Minor Child 1, and Exhibit A to the Release of All Claims as to Minor Child 1, is hereby amended, and the parties agree that the contents of the Settlement Agreement as to Minor Child 1, the Release of All Claims as to Minor Child 1, and Exhibit A to the Release of All Claims as to Minor Child 1, shall not remain confidential, except for the identities of John Doe 1, Jane Doe 1, and Minor Child 1, and the amounts received by Minor Child 1 to resolve Minor Child 1's claims.

This Supplemental Settlement Agreement may be signed in any number of counterparts, each of which is an original and all of which taken together form one single document.  Legible signatures delivered by email in PDF format or facsimile shall be effective.

AGREED & ACCEPTED:

Dawn E. Boyce (DCB 440010)
dboyce@bmhjlaw.com
John D. McGavin (DCB 475899)
jmcgavin@bmhjlaw.com
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
*Counsel for Defendants*
*Latin American Montessori Bilingual Public Charter School*
*and Diane Cottman*

Date

Steven J. McCool (DCB 429369)
smccool@mallonandmccool.com
Julia M. Coleman (DCB 1018085)
jcoleman@mallonandmccool.com
McCool Law PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (808) 393-7088
Fax: (202) 293-3499
*Counsel for Plaintiffs*

2-6-19
_____
Date

_____
John Doe 1
Individually, and on Behalf of Minor Child 1

2/5/19
_____
Date

_____
Jane Doe 1
Individually, and on Behalf of Minor Child 1

2/5/19
_____
Date

Jesse Isaac Winograd (DCB 986610)
jwinograd@gowensilva.com
Gowen Silva & Winograd PLLC
513 Capitol Court, NE, Suite 100
Washington, D.C. 20002
Telephone: (202) 408-5400
Fax: (202) 499-1370
*Counsel for Defendant Manuel Garcia Fernandez*

2/4/19
Date

Danielle D. Giroux (DCB 470009)
dgiroux@hccw.com
Timothy L. Creed (DCB 989865)
tcreed@hccw.com
Harman, Claytor, Corrigan & Wellman, PC
1940 Duke Street
Suite 200
Alexandria, VA 22314
Telephone: (804) 747-5200
Fax: (804) 747-6085
*Counsel for Defendant Cristina Encinas*

Date

4

Jesse Isaac Winograd (DCB 986610)
jwinograd@gowensilva.com
Gowen Silva & Winograd PLLC
513 Capitol Court, NE, Suite 100
Washington, D.C. 20002
Telephone: (202) 408-5400
Fax: (202) 499-1370
*Counsel for Defendant Manuel Garcia Fernandez*

_____

Date

_____

Danielle D. Giroux (DCB 470009)
dgiroux@hccw.com
Timothy L. Creed (DCB 989865)
tcreed@hccw.com
Harman, Claytor, Corrigan & Wellman, PC
1940 Duke Street
Suite 200
Alexandria, VA 22314
Telephone: (804) 747-5200
Fax: (804) 747-6085
*Counsel for Defendant Cristina Encinas*

February 6, 2019
_____
Date